THE STATE OF OHIO, APPELLEE, *v.* NORTH, APPELLANT.

[2015-Ohio-1812.]

(No. 2013–1886—Submitted March 12, 2014—Decided May 20, 2015.)

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for application of *State v. Bevly,* 142 Ohio St.3d 41, 2015-Ohio-475, 27 N.E.3d 516.

Judgment reversed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and O'NEILL, JJ., concur.

FRENCH, J., dissents and would affirm the judgment of the court of appeals.

Ronald J. O'Brien, Franklin County Prosecuting Attorney, and Steven L. Taylor, Assistant Prosecuting Attorney, for appellee.

Yeura Venters, Franklin County Public Defender, and Timothy E. Pierce, Assistant Public Defender, for appellant.